UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**Sylvia Garcia**

    *Plaintiff(s) / Petitioner(s)*

v.                                    Case No.: CV-25-04562-PHX-SMB

**Arizona Pediatric Dentistry & Orthodontics LLC, et al.,**

    *Defendant(s) / Respondent(s)*

## DECLARATION OF SERVICE

I, Yvette Owens, state:

I am an Arizona private process server in good standing, MC8378. I am 21 years or older and not a party to this action.

I served the following documents to Arizona Pediatric Dentistry & Orthodontics, LLC in Maricopa County, AZ on March 2, 2026 at 10:25 am at 9141 E Hidden Spur Trl, Scottsdale, AZ 85255-6325 by leaving the following documents with Bianca Rodriguez who as Paralegal at W.A.S.Inc. is authorized by appointment or by law to receive service of process for Arizona Pediatric Dentistry & Orthodontics, LLC.

PRELIMINARY ORDER
COMPLAINT
Civil Cover Sheet
AZ Pediatric Stamped Summons.pdf
Race: Hispanic or Latino, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.6451338418,-111.8848488574
Photograph: See Exhibit 1


Total Cost: $281.00


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Maricopa County                              ,

AZ      on    3/2/2026                  .

/s/ *Yvette Owens*
_____

Signature
Yvette Owens
+1 (602) 465-6931

Below are my previous attempts at serving Arizona Pediatric Dentistry & Orthodontics, LLC:

Date / Time: February 27, 2026 1:24 pm
Address: 9141 E Hidden Spur Trl, Scottsdale, AZ 85255-6325
Geolocation: https://google.com/maps?q=33.645174178,-111.8847222619
Description: No contact was made at the service address. Observed the business was closed at the time of the attempt. Office hours are Monday through Thursday 8 AM to 5 PM. Close on Fridays.



Exhibit 1a)