# UNITED STATES DISTRICT COURT

for the
District of Arizona

**Sylvia Garcia, an individual,**

*Plaintiff*

v.

**Arizona Pediatric Dentistry & Orthodontics, LLC, an
Arizona Limited Liability Company, Usha Kapur, an
individual, Aman Kapur, an individual, and John Doe,
as Trustee of the Kapur Trust,**

*Defendant*

)
)
)
)
) Civil Action No. 2:25-cv-04562-SMB
)
)
)
)
)

## AFFIDAVIT OF SERVICE

I, Zeb Masowdi, state:

I am an Arizona private process server in good standing, MC9084. I am 21 years or older and not a party to this action.

I served the following documents to Aman Kapur in Maricopa County, AZ on March 2, 2026 at 12:17 pm at 4145 N 108th Ave, Phoenix, AZ 85037 by personal service by handing the following documents to an individual identified as Aman Kapur.

SUMMONS IN A CIVIL ACTION
PRELIMINARY ORDER
COMPLAINT
Civil Cover Sheet
Race: Middle Eastern, Sex: Male, Est. Age: 45-54, Hair: Gray, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.4947277,-112.2930049
Photograph: See Exhibit 1

Total Cost: $140.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Maricopa County_____ ,

___AZ____ on ___3/2/2026_____ .

/s/ *Zeb Masowdi*
_____

Signature
Zeb Masowdi
+1 (602) 396-9252


Below are my previous attempts at serving Aman Kapur:

Date / Time: February 27, 2026 9:47 am
Address: 4145 N 108th Ave, Phoenix, AZ 85037
Geolocation: https://google.com/maps?q=33.4947346,-112.2930626
Description: I spoke with the receptionist/front desk staff. They confirmed that the subject works at this location but was unavailable. Observed no relevant details during this attempt. No additional contacts were made. Mr kapur will be here monday



Exhibit 1a)