IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**Sylvia Garcia**

    *Plaintiff(s) / Petitioner(s)*

v.

**Arizona Pediatric Dentistry & Orthodontics, LLC, Usha Kapur, Aman Kapur, John Doe, Trustee of the Kapur Trust**

    *Defendant(s) / Respondent(s)*

Case No.: 2:25-cv-04562-SMB

## DECLARATION OF SERVICE

I, Mark Hepp, state:

I am an Arizona private process server in good standing, MC 7803. I am 21 years or older and not a party to this action.

I served the following documents to Usha Kapur in Maricopa County, AZ on February 26, 2026 at 4:59 pm at 810 E Juanita Ave, Gilbert, AZ 85234-3522 by personal service by handing the following documents to an individual identified as Usha Kapur.

PRELIMINARY ORDER
COMPLAINT
Civil Cover Sheet
Usha Kapur Summons.pdf
Race: Middle Eastern, Sex: Female, Est. Age: 55-64, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.37123,-111.7725833333
Photograph: See Exhibit 1


Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Maricopa County, AZ on 2/27/2026.

/s/ *Mark Hepp*

Signature
Mark Hepp
+1 (602) 418-5439

