# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia, | No. CV-25-04562-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Pediatric Dentistry & Orthodontics LLC, et al., | |
| Defendants. | |

Upon consideration of Plaintiff's Motion to Extend Time to Effect Service Pursuant to Fed. R. Civ. P. 4(m) (Doc. 19) and good cause appearing,

**IT IS ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to serve the John Doe defendant, is extended through **April 3, 2026**.

Dated this 9th day of March, 2026.

Honorable Susan M. Brnovich
United States District Judge