**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia, | Case No. 2:25-cv-04562 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Arizona Pediatric Dentistry & Orthodontics, LLC, et al., | (Hon. Susan M. Brnovich) |
| Defendants. | |

Jeffrey Silence and Trevor Cook notice their appearance as counsel for Defendants Arizona Pediatric Dentistry & Orthodontics, LLC, Aman Kapur, Usha Kapur, and Usha Kapur as trustee of the Kapur trust. Their contact information is as follows:

**Silence Law Group**
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
Jeffrey Silence
jeff@silencelaw.com
602-932-8358
Trevor Cook
trevor@silencelaw.com
602-932-5868

DATED this 3rd day of April, 2026.

**Silence Law Group PLLC**


*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook

*Attorneys for Defendants*