**SILENCE LAW GROUP**

**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia, | Case No.  2:25-cv-04562 |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| v. | |
| Arizona Pediatric Dentistry & Orthodontics, LLC, et al., | (Hon. Susan M. Brnovich) |
| Defendants. | |

I am attorney for Defendant Usha Kapur as trustee for the Kapur Trust in this matter and am authorized to accept service on her behalf.

I have received a copy of the summons and Amended Class and Collective Action Complaint in this matter and accept service of process on behalf of Defendant Usha Kapur as trustee for the Kapur Trust.

DATED this 3rd day of April, 2026.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendants*