

**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia,<br><br>        Plaintiff,<br><br>    v.<br><br>Arizona Pediatric Dentistry &<br>Orthodontics, LLC, et al.,<br><br>        Defendants. | Case No.  2:25-cv-04562<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND (FIRST REQUEST)**<br><br>(Hon. Susan M. Brnovich) |

Plaintiff Sylvia Garcia and Defendants Arizona Pediatric Dentistry & Orthodontics, LLC, Aman Kapur, and Usha Kapur in her personal capacity and in her capacity as trustee of the Kapur Trust stipulate to extend the deadline to respond to Plaintiff's Amended Class and Collective Class Action Complaint from Friday, April 17, 2026, for Arizona Pediatric, Aman Kapur, and Usha Kapur in her personal capacity and from April 23, 2027, for Usha Kapur in her capacity as trustee, for all Defendants Monday, June 1, 2026. The Parties request that the Court enter an order effecting the requested extension. A proposed order is attached. The parties are actively engaged in settlement discussions.

DATED this 3rd day of April, 2026.

SILENCE LAW GROUP

**Smith & Green Attorneys at Law, PLLC**
3101 N. Central Ave., Ste. 700
Phoenix, AZ 85012
602-812-4600
James M. Green, Esq.

*s/ James M. Green* (with permission)
James M. Green
*Attorney for Plaintiff*

**Silence Law Group PLLC**


*s/ Trevor Cook*
Jeffrey Silence
Trevor Cook
*Attorneys for Defendants*

2