**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sylvia Garcia,<br><br>                    Plaintiff,<br><br>          v.<br><br>Arizona Pediatric Dentistry &<br>Orthodontics, LLC, et al.,<br><br>                    Defendants. | Case No.  2:25-cv-04562<br><br>**ORDER EXTENDING TIME TO RESPOND**<br><br>(Hon. Susan M. Brnovich) |

The Court has reviewed the parties' Stipulation for Extension of Time to Respond, and, good cause appearing,

**IT IS ORDERED** extending the time to answer Plaintiff's Complaint for all Defendants toto Monday, June 1, 2026. Defendants must file and serve their responsive pleading on or before that date.