**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sylvia Garcia, | No. CV-25-04562-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Pediatric Dentistry & Orthodontics LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Extension of Time to Respond (Doc. 24) and good cause appearing,

**IT IS ORDERED** extending the time to answer Plaintiff's Complaint for all Defendants toto Monday, **June 1, 2026**. Defendants must file and serve their responsive pleading on or before that date.

Dated this 6th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge