James M. Green, Bar No. 032211
Quarracy L. Smith, Bar No. 033515
**Smith & Green, Attorneys at Law, P.L.L.C.**
3101 N. Central Ave., Suite 700
Phoenix, Arizona 85012
Telephone: (602)-812-4600
qsmith@smithgreenlaw.com
jgreen@smithgreenlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sylvia Garcia, an individual, | Case No. 2:25-CV-04562 |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Arizona Pediatric Dentistry & Orthodontics, LLC, et al., | |
| Defendants. | (Hon. Susan M. Brnovich) |

Plaintiff Sylvia Garcia and Defendants Arizona Pediatric Dentistry & Orthodontics, LLC, Aman Kapur, and Usha Kapur in her personal capacity and in her capacity as trustee of the Kapur Trust, having reached a settlement resolving all disputes between all parties, hereby stipulate to the dismissal of this case, with prejudice, with each party bearing its own attorneys' fees and costs.

**RESPECTFULLY SUBMITTED** this 3rd day of June, 2026.

**Silence Law Group PLLC**          **SMITH & GREEN**
                                     Attorneys at Law, P.L.L.C.


 */s/Trevor Cook (with permission)*      */s/James M. Green*
Trevor Cook                          James M. Green
Jeffrey Silence                      *Attorney for Plaintiff*
*Attorneys for Defendants*

1