James M. Green, Bar No. 032211
Quarracy L. Smith, Bar No. 033515
**Smith & Green, Attorneys at Law, P.L.L.C.**
3101 N. Central Ave., Suite 700
Phoenix, Arizona 85012
Telephone: (602)-812-4600
qsmith@smithgreenlaw.com
jgreen@smithgreenlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia, an individual, | Case No. 2:25-CV-04562 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Arizona Pediatric Dentistry & Orthodontics, LLC, et al., | (Hon. Susan M. Brnovich) |
| Defendants. | |

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 26),

**IT IS ORDERED** dismissing this case with prejudice with each party to bear its own attorneys' fees and costs.

**DATED** this ___ day of _____, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

1