# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Garcia, | No. CV-25-04562-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Arizona Pediatric Dentistry & Orthodontics LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 26),

**IT IS ORDERED** dismissing this case with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 9th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge